UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER J. DUNN,

                                     **Plaintiff,**

                v.                                                6:09-CV-955
                                                                   (FJS/VEB)

COMMISSIONER OF SOCIAL SECURITY,

                                     **Defendant.**
_____

**APPEARANCES**                                             **OF COUNSEL**

**DESANTIS & DESANTIS**                       **MICHAEL V. DESANTIS, ESQ.**
286 Genesee Street
Utica, New York 13502
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**    **BENIL ABRAHAM, ESQ.**
26 Federal Plaza
New York, New York 10019
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      When a party does not object to a magistrate judge's report and recommendation, the court reviews that report and recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

      The Court has reviewed Magistrate Judge Bianchini's November 18, 2010 Report and

Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Bianchini's November 18, 2010 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings is **GRANTED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings is **DENIED**; and the Court further

**ORDERS** that Defendant's decision is **REVERSED** and this case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings for the reasons set forth in Magistrate Judge Bianchini's November 18, 2010 Report and Recommendation; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: December 27, 2010
       Syracuse, New York

                             Frederick J. Scullin, Jr.
                             Senior United States District Court Judge